# MISDEMEANOR

UNITED STATES   DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

BILL OF INFORMATION FOR
<u>MAKING FALSE ENTRIES IN UNION RECORDS</u>

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL DOCKET NO. |
| v. | * | SECTION: **11-113** |
| CHRISTOPHER BURNETT | * | VIOLATION: 29 U.S.C. § 439(c) |
| * | * * | **SECT. N MAG. 1** |

The United States Attorney charges that:

<u>COUNT 1</u>

From in or about January, 2007, to in or about December, 2008, in the Eastern District of Louisiana, and elsewhere, the defendant, **CHRISTOPHER BURNETT,** while serving as an officer, that is, president of the Boilermakers Lodge No. 1814, of a labor organization engaged in an industry affecting commerce as defined under Title 29, United States Code, Sections 402(i) and (j), did knowingly and willfully make and caused to be

___Fee USA
___Process
_x_ Dktd
___CtRm
___Doc. No.

made a false entry in records, reports and statements required to be kept by Title 29, United States Code, Section 436, in that the defendant, **CHRISTOPHER BURNETT,** submitted and caused to be submitted lost time vouchers and monetary claims for reimbursements with local union 1814 that the defendant knew to be false; all in violation of Title 29, United States Code, Section 439(c).

_____
JIM LETTEN
United States Attorney
Louisiana Bar Roll Number 8517

_____
JAN MASELLI MANN
First Assistant U.S. Attorney
Louisiana Bar Roll Number 9020

_____
IRENE GONZALEZ
Assistant United States Attorney
Louisiana Bar Roll Number 18915

New Orleans, Louisiana
May 11, 2011

No. _____

# United States District Court
## FOR THE
EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA

vs.

CHRISTOPHER BURNETT

BILL OF INFORMATION FOR
MAKING FALSE ENTRIES IN UNION RECORDS

Violation(s): 29 U.S.C. Section 439(c)

Filed _____, 20 11

_____, Clerk.

By _____, Deputy

*Iené Gonzalez*
*Assistant United States Attorney*